# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 21-cr-437 |
| | : | |
| v. | : | 18 U.S.C. § 371 |
| | : | (Criminal Conspiracy) |
| **MARK GRODS,** | : | |
| | : | 18 U.S.C. § 1512(c)(2), 2 |
| Defendant. | : | (Obstruction of an Official Proceeding) |
| | : | |
| | : | **FILED UNDER SEAL** |

## ORDER

Upon consideration of the Government's Motion to Seal the criminal Information and docket, concerning the above-defendant, it is hereby

**ORDERED** that the criminal Information and docket, and the Government's Motion to Seal and this corresponding Court Order be sealed until the morning of June 30, 2021, when the Clerk of the Court shall unseal the docket entries and publicly docket the hearing scheduled for that afternoon;

**ORDERED** that notwithstanding the sealing, the government may obtain a Filed copy of the Information and may disclose the criminal Information in furtherance of its law enforcement and prosecution needs and discovery obligations.

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA