Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-cr-437 (APM) |
| ) | |
| ) | |
| MARK GRODS ) | |
| ) | |

## WAIVER OF INDICTMENT

I, _____MARK GRODS_____, the above-named defendant, who is accused of

Count 1 - Conspiracy

Count 2 - Obstruction of an Official Proceeding and Aiding and Abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____6/30/2021_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: ___6/30/21___
Amit P. Mehta
United States District Judge