UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-cr-437 |
| v. | : | |
| MARK GRODS, | : | |
| Defendant. | : | |

## WAIVER OF RIGHT TO TRIAL BY JURY

I understand that I have a right to trial by jury. I hereby waive (give up) my right to trial by jury.

_____
Mark Grods
Defendant

_____
Brian J. Lockwood, Esq.
Counsel for Defendant

Consented to by the United States:

_____
Troy A. Edwards, Jr.
Assistant United States Attorney

Approved:

_____
Amit P. Mehta
United States District Judge

Date: 6/30/21