IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CASE NUMBER: |
| Plaintiff, ) | |
| ) | 21-cr-437-APM |
| v. ) | |
| **MARK GRODS**, ) | |
| Defendant. ) | |

## MOTION TO STRIKE

Defendant, through counsel, moves the Court to strike the "Petitione for Habeas Corpus" filed as "Document 14" in the above-captioned case. In support of the motion, the Defendant states:

1. The Defendant neither filed nor caused the putative Petition for Writ of Habeas Corpus to be filed.

2. The Defendant is not represented by "Mark Marvin" the so-called petitioner.

3. The Defendant is not in custody having secured his release, and therefore habeas corpus relief is unavailable.

4. The Defendant is informed and believes that if he filed the putative Petition for Writ of Habeas Corpus, or caused it to be filed, it might tend to violated the negotiated agreement between the Defendant and the Government.

REQUESTED RELIEF:

Based on the foregoing, the Defendant asks the Court to strike "Document 14" the putative Petition for Writ of Habeas Corpus filed by "Mark Marvin," or, in the alternative, to cause the record to show that the Defendant did not file, nor cause to be filed, the putative Petition for Writ of Habeas Corpus.

DATED:  August 25, 2021		MARK GRODS, Defendant

			BY:   /s/  BRIAN J. LOCKWOOD, LLC
			Brian J. Lockwood  (lockb9131)
			Law Office of Brian J. Lockwood, LLC
			1111 Dauphin Street
			Mobile, AL 36604
			(251) 434-5754     Telephone
			(251) 243-7619     Facsimile
			brian.lockwood@ymail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date shown on the file stamp on this document, he filed this pleading using the CM/ECF system which automatically serves all parties of record as of the date shown on the file stamp on this document.

			 /s/ BRIAN J. LOCKWOOD, LLC