# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No.   1:21-cr-437 (APM) |
| ) | |
| MARK GRODS, ) | |
| ) | |
| **Defendant.**  ) | |

## JOINT STATUS REPORT

The parties report that Defendant Mark Grods continues to cooperate with the government.

We request the opportunity to file a further status report by December 17, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar 5453741
Ahmed M. Baset
Louis Manzo
Jeffrey S. Nestler
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue
NW Washington, D.C. 20004

        */s/ Brian Lockwood*
        Brian J. Lockwood
        Law Office of Brian J. Lockwood, LLC
        1111 Dauphin Street
        Mobile, Alabama 36604
        (251) 434-5754
        brian.lockwood@ymail.com