IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) Nos. | |
| GRAYDON YOUNG, | ) | 1:21-cr-28-6 (APM) |
| JASON DOLAN, | ) | 1:21-cr-28-15 (APM) |
| MARK GRODS, and | ) | 1:21-cr-437 (APM) |
| CALEB BERRY, | ) | 1:21-cr-460 (APM) |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The government reports that Defendants Graydon Young, Jason Dolan, Mark Grods, and Caleb Berry continue to cooperate with the government. We request the opportunity to file a further status report by May 20, 2022. We have consulted with counsel for the defendants, who concur in this request.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

By: _____
                                          Troy A. Edwards, Jr.
                                          Assistant United States Attorney
                                          N.Y. Bar No. 5453741
                                          Ahmed M. Baset
                                          Louis Manzo
                                          Jeffrey S. Nestler
                                          Kathryn Rakoczy
                                          Assistant United States Attorneys
                                          U.S. Attorney's Office for the District of Columbia
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530

*/s/ Alexandra Hughes*

Alexandra Hughes

Justin Sher

Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20004
