IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CASE NUMBER: |
| Plaintiff, ) | |
| ) | 21-cr-437-APM |
| v. ) | |
| **MARK GRODS**, ) | |
| Defendant. ) | |

**MOTION TO CONFIRM PARDON**

Defendant, through counsel, moves the Court to confirm that the Pardon issued by the Forty-seventh President of the United States has been applied to Defendant and that, accordingly, there is no supervisory period to be terminated. The Defendant makes reference to the "Emergency Motion for Immediate Termination of Probation" filed by Jason Dolan in Case No. 21-cr-00028-15-APM (Doc. 1228, Page 1-3). In that matter, the Court confirmed that due to the "full, complete and unconditional pardon" issued, "[t]here is no supervisory period left for the court to terminate." (Doc. N/A, Page ID N/A, Issued 1/28/2025)

Based thereon, the Defendant asks the Court to confirm that due to the Pardon issued, there is no further period of supervision or requirements as it relates to Defendant Mark Grods.

Respectfully submitted.

DATED:  April 25, 2025				MARK GRODS, Defendant

					BY:	/s/  BRIAN J. LOCKWOOD
						Brian J. Lockwood  (lockb9131)
						Law Office of Brian J. Lockwood
						1111 Dauphin Street
						Mobile, AL 36604
						(251) 434-5754     Telephone
						(251) 243-7619     Facsimile
						brian.lockwood@ymail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date shown on the CM/ECF File Stamp on the top of this document, that he filed this document using CM/ECF, which automatically serves all parties and counsel of record.

					/s/ BRIAN J. LOCKWOOD